IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JAMES C. GLASS, JR.,
and CYNTHIA GLASS,

      Plaintiffs,

v.                                                              4:16cv124–WS/CAS

CITY OF CHATTAHOOCHEE,
ELMON LEE GARNER,
TWIN CITY NEWS, INC.,
KATHY JOHNSON, and
FLORIDA DEPARTMENT OF
FINANCIAL SERVICES,

      Defendants.

_____

## ORDER REMANDING CASE TO STATE COURT

Before the court is the magistrate judge's report and recommendation (doc.

21) docketed May 6, 2016. The magistrate judge recommends that this case be

remanded to state court pursuant to 28 U.S.C. § 1447(c) for lack of subject matter

jurisdiction. No objections to the report and recommendation have been filed.

Having reviewed the matter, the court finds that the magistrate judge

correctly determined that federal subject matter jurisdiction is lacking and that the

case must be returned to the state court from which it came. Accordingly, it is

ORDERED:

     1. This case shall be REMANDED to the Circuit Court of the Second

Judicial Circuit, in and for Gadsden County, Florida.

     2. The Clerk of this court shall mail a certified copy of the order of remand

to the Clerk of the Circuit Court of the Second Judicial Circuit, in and for Gadsden

County, Florida.

     DONE AND ORDERED this ___2nd___ day of ___June___, 2016.


                              s/ William Stafford_____
                              WILLIAM STAFFORD
                              SENIOR UNITED STATES DISTRICT JUDGE